STATE OF NEW JERSEY v. RONALD WILLIAMS.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. PHILLIP COSTELLO.

June 7, 1988.

Petition for certification denied.   (See 224 *N.J.Super.* 157)

STATE OF NEW JERSEY v. WILLIAM FITZPATRICK.

June 7, 1988.

Petition for certification denied.

CARROL J. ANSINK v. ELAINE ANSINK DOHERTY.

June 7, 1988.

Petition for certification denied.

MARY BUCKLEY v. CHARLES H. BOXMAN.

June 7, 1988.

Petition for certification denied.